E-FILED
Tuesday, 04 January, 2011 03:01:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RICHARD FUNCHES, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> IRS, sued as Internal Revenue Service, ) <br> ) <br> Defendant. ) | Case No. 10-CV-2092 |

## ORDER

A Report and Recommendation (#43) was filed by the Magistrate Judge in the above cause on November 22, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#10) is accepted by this court.

(2) Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(b) for Failure to Prosecute (#8) is GRANTED and Plaintiff's Complaint (#1) is dismissed with prejudice.

(3) This case is terminated.

ENTERED this __4th__ day of January, 2011

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE